

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2015

No. 04-15-00431-CR and No. 04-15-00432-CR

David Jermain **HAWKINS,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR0290 and 2015CR0291
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

In the interest of the efficient administration of the court's docket, we **order** Appeal Nos. 04-15-00431-CR and 04-15-00432-CR consolidated. The parties must file motions, briefs, and other pleadings as if the appeals were one but put both appeal numbers in the style of the case. However, a record must be filed in each appeal, the record in each case will remain separate and, if supplementation of the record becomes necessary, the supplemental material must be filed in the appeal to which it applies. The cases must be argued together in one brief, as in a single appeal, and if oral argument is requested and granted, the entire case must be argued as a single appeal, with the total time limit for each party equal to the ordinary time limit for a party in a single appeal. The court will dispose of both appeals in the same judgment, opinion, and mandate.

The final portion of the appellate record was filed September 15, 2015. Accordingly, appellant's brief is due in this court on or before October 15, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of September, 2015.

Keith E. Hottle
Clerk of Court